# United States District Court

Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
| V. | |
| ROBERT LLOYD BROWN | CASE NUMBER: |

I, acting legal officer Susan St. Vincent, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. In Yosemite National Park, in the Eastern District of California, Robert L. Brown did commit:

**Count 1:** Assault by striking, beating, or wounding in violation of 18 USC 113(a)(4).
**Maximum Penalty:** 6 months imprisonment and $5,000 fine.

I further state that I am the acting legal officer and that this complaint is based on the following facts and information supplied to me by National Park Service Law Enforcement Officer:

On August 25, 2010 at approximately 0213 hours, Rangers Shawn Cave and Jarred Mitrea were dispatched to the Curry Village Pavilion for a reported assault.

On scene Ranger Cave interviewed Sarah A. Wentworth who stated that she had been involved in an argument with her boyfriend, Robert L. BROWN, and that he had struck her with an open hand on the left side of her face. Ranger Cave observed a slight reddening of Wentworth's left cheek which coincided with Wentworth's statement.

Wentworth told Ranger Cave that she had been living with Brown for over a month in cabin #7 in the Boys Town housing area of Curry Village.

Continued on the attached sheet and made a part hereof: X Yes   X No
Speedy trial applies:                                      ☐ Yes X No

Ranger Cave interviewed BROWN on scene. BROWN stated that Wentworth and he had been in a verbal argument and that he had lost his temper and slapped her across the face with his hand and had thrown her cellular phone in the dirt.

BROWN told Range Cave that he had been living with Wentworth for approximately two months in cabin #7 in the Boys Town housing area of Curry Village.

I declare under penalty of perjury that the information which I have set forth above and on the face of this criminal complaint is true to the best of my knowledge.

Executed on: 8/25/10
             Date

Susan St. Vincent
Acting Legal Officer
Yosemite National Park
California

Sworn to before me and subscribed in my presence this 25th day of August, 2010, at Yosemite National Park, California.

Michael J. Seng
U.S. Magistrate Judge
Eastern District of California